# ELECTRONIC RECORD

COA #   05-13-01054-CR          OFFENSE:   2.03

STYLE:   Lawan Navail Fisher v. The State of Texas          COUNTY:   Dallas

COA DISPOSITION:     MODIFY          TRIAL COURT:   Criminal District Court No. 3

DATE: 12/11/2014          Publish: NO   TC CASE #:   F-1156688-J

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Lawan Navail Fisher v. The State of Texas          CCA #:   191-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: _04/01/2015_          SIGNED: _____     PC: _____

JUDGE: _____          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COA No. 05-13-01054-CR
PD-0191-15

4/21/2015
FISHER, LAWAN NAVAIL     Tr. Ct. No. F11-56688-J

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.

Abel Acosta, Clerk

5TH COURT OF APPEALS  CLERK
LISA MATZ
600 COMMERCE, 2ND FLOOR
DALLAS, TX 75202
* DELIVERED VIA E-MAIL *